BRYAN L. HAWKINS, Bar No. 238346
bryan.hawkins@stoel.com
ROBERT SARKISIAN, Bar No. 327364
robert.sarkisian@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

*Attorneys for Defendants Sinceri Senior Living, CA Senior Living EE Group, LLC, and EC OpCo Las Villas Del Carlsbad, LP dba Laguna Estates Senior Living erroneously sued as EP OpCo Las Villas Del Carlsbad, LP dba Laguna Estates Senior Living*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### SAN DIEGO DIVISION

| | |
|---|---|
| Patricia Eschenburg, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SINCERI SENIOR LIVING, an unknown entity; CA SENIOR LIVING EE GROUP, LLC, a Washington limited liability company; EP OPCO LAS VILLAS DEL CARLSBAD, LP, a Delaware limited partnership dba LAGUNA ESTATES SENIOR LIVING; and DOES 1-20,<br><br>Defendants. | Case No. 3:24-cv-01744-BTM-MSB<br><br>**PROOF OF SERVICE OF NOTICE OF REMOVAL FILED IN STATE COURT**<br><br>Action Filed:  August 22, 2024<br>Trial Date:  Not yet set |

# DECLARATION OF SERVICE

I declare that I am over the age of eighteen years and not a party to this action. I am employed in the City and County of Sacramento, California and my business address is 500 Capitol Mall, Suite 1600, Sacramento, CA 95814.

On October 2, 2024, at Sacramento, California, I served the attached document(s):

**NOTICE OF FILING OF NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT (AS FILED IN SAN DIEGO SUPERIOR COURT)**

On the following parties:

| | |
|---|---|
| Bryce A. Dodds<br>THE LAW OFFICE OF BRYCE A. DODDS<br>120 Birmingham Drive, Suite 250-B<br>Cardiff-by-the-Sea, CA 92007<br>Tel: 760.593.7353<br>Email: bdodds@brycedoddslaw.com | *Attorneys for Plaintiff*<br>PATRICIA ESCHENBURG |

☐ **BY FIRST CLASS MAIL:** I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the U.S. Postal Service. In the ordinary course of business, correspondence would be deposited with the U.S. Postal Service on the day on which it is collected. On the date written above, following ordinary business practices, I placed for collection and mailing at the offices of Stoel Rives LLP, 500 Capitol Mall, Suite 1600, Sacramento, CA 95814, a copy of the attached document in a sealed envelope, with postage fully prepaid, addressed as shown on the service list. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing contained in this declaration.

☐ **BY FACSIMILE:** On the date written above, I caused a copy of the attached document to be transmitted to a fax machine maintained by the person on whom it is served at the fax number shown on the service list. That transmission was reported as complete and without error and a transmission report was properly issued by the transmitting fax machine.

☐ **BY HAND DELIVERY:** On the date written above, I placed a copy of the attached document in a sealed envelope, with delivery fees paid or provided for, and arranged for it to be delivered by messenger that same day to the office of the addressee, as shown on the service list.

☒ **BY EMAIL:** On the date written above, I emailed a copy of the attached documents to the addressee, as shown on the service list.

☐ **BY OVERNIGHT MAIL:** I am readily familiar with my employer's practice for the collection and processing of correspondence for overnight delivery. In the ordinary course of business, correspondence would be deposited in a box or other facility regularly maintained by the express service carrier or delivered to it by the carrier's authorized courier on the day on which it is collected. On the date written above, following ordinary business practices, I placed for collection and overnight delivery at the offices of Stoel Rives LLP, 500 Capitol Mall, Suite 1600, Sacramento, CA 95814, a copy of the attached document in a sealed envelope, with delivery fees prepaid or provided for, addressed as shown on the service list.

☒ **(Federal Courts Only)** I declare that I am employed in the office of a member of this court at whose direction this service was made.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on October 1, 2024, at Sacramento, California.

*Dalila Tobin*
Dalila Tobin

U.S. District Court

Southern District of California

## Notice of Electronic Filing

The following transaction was entered by Hawkins, Bryan on 9/30/2024 at 5:58 PM PDT and filed on 9/30/2024
**Case Name:** Plaintiffs v. Defendants
**Case Number:** 3:24-cv-99999
**Filer:**
**Document Number:** 1403

**Docket Text:**
**New Civil Case documents submitted ( Filing fee received: $ 405 receipt number BCASDC-19228110.) Plaintiff: Patricia Eschenburg, Defendant: Sinceri Senior Living (Attachments: # (1) Declaration of Robert Sarkisian ISO Removal, # (2) Exhibit A, # (3) Exhibit B, # (4) Exhibit C, # (5) Exhibit D, # (6) Exhibit E, # (7) Exhibit F, # (8) Exhibit G, # (9) Exhibit H, # (10) Exhibit I, # (11) Exhibit J, # (12) Exhibit Civil Cover Sheet, # (13) Certificate of Interested Parties)(Hawkins, Bryan)**

**No public notice (electronic or otherwise) sent because the entry is private**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=9/30/2024] [FileNumber=18757159-0] [0c60fba4ec2f3668117fccfbe9def5479d89b2db635748c48311959c7b21bf3c9e4943db74e2d874db60b28794f5852d90996ce1e3db5535f4a44cd3ef6fe7ae]]
**Document description:** Declaration of Robert Sarkisian ISO Removal
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=9/30/2024] [FileNumber=18757159-1] [c62fda226ea030ec647a6b073c75b5bbf0cb895ea3f923a2b68839026f5ebf539f8654055cbb988d6ff87987e9578aedea2c3724c7afd73af359a28a7926782b]]
**Document description:** Exhibit A
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=9/30/2024] [FileNumber=18757159-2] [2937f0b5fe759d97256db73faef6cff5620a461f9c8254075eecb7eb75affc25865e4c614e9e446da2a15dd1aa2efb16e46eafc8d63c8383ef66dadf4a27e074]]
**Document description:** Exhibit B
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=9/30/2024] [FileNumber=18757159-3] [2e19c85931345fef3bdaf8ecdb9328854b66d1b5c24a105bd5f8ce1a623c9c890f68b6ab5fbad9c0c9b1b9c05462dac977ee12ba8faa914165b248aee3d3a87a]]
**Document description:** Exhibit C
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=9/30/2024] [FileNumber=18757159-4] [a2cd2e31b3d96288cd1073868d35f130578bd9c557ca6adc7a04f563fd6a409a83

abcbfbb98a16ce4fa0240ecf26ef84134bab3753735f35c2ec39d6b434a3a3]]
**Document description:**Exhibit D
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=9/30/2024] [FileNumber=18757159-5] [ad3b71e1b320afabdbf0370f094bcf5bf686616fa40a5d06451d517d3e12334b9c8833cfa00cddd1d1773a1ba485dd356fe9f3d00e6e6ad507f6dfef703dc8f6]]
**Document description:**Exhibit E
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=9/30/2024] [FileNumber=18757159-6] [0cef4ecb7822f9fdd19e38fc3a064967729187968ec93b3b3ce873df62524520c2b6eb7433931899fa7d3b41593e412f4ee923dde32bc3864be4e0bc208d18d7]]
**Document description:**Exhibit F
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=9/30/2024] [FileNumber=18757159-7] [4e5514ee6490eba8351c7e59b11c0720ef54713122c037c713913308c5541cf0b879a5d02645e8904680003e449cf8c1ba1e5c9f4a2ec5511118a6ab3771fe05]]
**Document description:**Exhibit G
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=9/30/2024] [FileNumber=18757159-8] [2da9671abd659398f25338e74ac1b67a16fe44ef7541220942bf3b96ec4dd85d878dec93b87e4a54dc6a42140238a79ac32e8259d6e8878c69fd6b8a28e77a98]]
**Document description:**Exhibit H
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=9/30/2024] [FileNumber=18757159-9] [5567537a88716b5ac7f73bf38c86329b6957873670234111a842f8d2bcd445ab65a1d7881d815e2c0e4043e680f5ad078a290bbfedd68f0038b3ae6ac043d2af]]
**Document description:**Exhibit I
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=9/30/2024] [FileNumber=18757159-10] [0beafcb62b4fece831b465b3aa73665e82d584abd5f3d00733d5bc00ea796a6405a2bcd0f998da498835d8876c16e4f3b7a17c44a2dc6754f253efe0f03f4e9e]]
**Document description:**Exhibit J
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=9/30/2024] [FileNumber=18757159-11] [9dad805e67129663f3bc783900eab780de7748535142de62dd31ac0f0d806f64fb1816222c34305ed8087d6ac12f9797ff9229612b2a920c383f11b04f743a53]]
**Document description:**Exhibit Civil Cover Sheet
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=9/30/2024] [FileNumber=18757159-12] [6d96c1f845e4801648adf5911f024e53b2d946e0664c687dc8db1a7cd19978d153b50d18c2efca7613aa54346dc8afedc4e70cfdbb087f7246f4ff9ff8b3d525]]
**Document description:** Certificate of Interested Parties
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=9/30/2024] [FileNumber=18757159-

13] [128eebc34b74ae59aaf91f1e60f69f4f56782c99736a4394abe8e8721e76e66f4ec3d7ba219425fa9089e0583b36a93f2b49e14a4d01986eb99386b9b0d54122]]